UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-3005
_____

UNITED STATES,
Appellee,

v.

TROY SARGENT,
Defendant-Appellant.
_____

# APPELLANT SARGENT'S MOTION FOR
# LEAVE TO FILE BRIEF INSTANTER

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure, Appellant Troy Sargent, requests that this Court grant leave to file his reply brief instanter, on September 12, 2023. In support of this motion, undersigned counsel states the following:

1. Appellant's reply brief was due to be filed on September 11, 2023.

2. Due to an unanticipated issue in another case arising on September 11, 2023 counsel was unable to complete preparation of the reply brief in this case for filing until shortly after 12:15 a.m. on September 12, 2023.

WHEREFORE counsel seeks leave to file appellant's brief instanter on September 12, 2023.

    Respectfully submitted,

    */s/Judith H. Mizner*
    Federal Public Defender Office
    District of Massachusetts
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    (617) 223-8061

# CERTIFICATE OF COMPLIANCE WITH FRAP RULE 32(a)

I, Judith Mizner, hereby certify that the appellant Troy Sargent's Motion for Leave to File Brief Instanter complies with the type-volume limitation of FRAP 32(a)(7)(B)(i).

1. The motion contains 104words excluding the caption and signature block.
2. The motion has been prepared in a proportionally spaced typeface using word 12 in 12 point Times New Roman.

*/s/Judith H. Mizner*

# CERTIFICATE OF SERVICE

I, Judith H. Mizner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, including all counsel of record for the appellee, AUSAs Nicholas Philip Coleman, Eric Hansford, Chrisellen Rebecca Kolb, Michael Romano, and USAO Appellate Counsel, as identified on the Notice of Electronic Filing on September 12, 2023.

*/s/Judith H. Mizner*